UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

BLUE RIDGE MOUNTAIN
RECOVERY CENTER, LLC,
a Delaware limited liability
corporation, and RIVERWOODS
BEHAVIORAL HEALTH, LLC,
a Georgia limited liability
corporation, d/b/a Blue Ridge
Mountain Recovery Center,

      Plaintiffs,          CASE NO: 1:16-CV-03961-RWS

vs.

CHEROKEE COUNTY,

      Defendant.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND NOTICE OF SETTLEMENT

The parties hereby notify the Court that this matter has been settled and, therefore, stipulate that this case shall be, and hereby is dismissed with prejudice.

Dated this 27th day of November, 2017.

                                                  Respectfully submitted,

                                                  /s/ Robert M. Dyer, Esq.
                                                  Georgia Bar No: 236880
                                                  DYER & RUSBRIDGE PC
                                                  291 E. Main St.
                                                  Canton, GA 30114
                                                  (770) 479-7418 (telephone)

1

(770) 479-7750 (facsimile)
bobbydyer@windstream.net

and

/s/ James K. Green
JAMES K. GREEN, P.A.
Suite 1650, Esperantè
222 Lakeview Ave.
West Palm Beach, FL 33401
(561) 659-2029 (telephone)
(561) 655-1357 (facsimile)
jkg@jameskgreenlaw.com
Admitted *pro hac vice*

*Attorneys for Plaintiff*

JARRARD & DAVIS, LLP
*/s/ Paul B. Frickey*
Angela E. Davis
Georgia Bar No. 240126
Paul B. Frickey
Georgia Bar No. 277130
J. Paul Mitchell
Georgia Bar No. 772142
105 Pilgrim Village Drive
Suite 200
Cumming, Georgia 30040
(678) 455-7150 (telephone)
(678) 455-7149 (facsimile)
adavis@jarrard-davis.com
pfrickey@jarrard-davis.com

*Attorneys for Defendant*